IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

---

IN RE: Letter Rogatory Request from Turkey for Assistance in the Criminal Matter of Michael P. Torres

Misc. No. MS 5687

---

APPLICATION FOR ORDER PURSUANT TO
TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order pursuant to 28 U.S.C. § 1782 and its own inherent authority appointing George W. Breitsameter as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the attached request made by Sgd. Mehmet Tastan, Republic Attorney of Province Adana of Turkey.

Respectfully submitted,

THOMAS E. MOSS
UNITED STATES ATTORNEY

By: _____
George W. Breitsameter
Assistant United States Attorney

Dated: This 8th day of September, 2004.

APPLICATION FOR ORDER